UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.   Case Number: 4:17–cr–00736

Don Kentrell Gaines

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 10/17/2019

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Motion Hearing
Sealed Event – #58
Sealed Event – #59
Sealed Event – #65

Date:   October 2, 2019

David J. Bradley, Clerk